UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WEST BEND MUTUAL INSURANCE CO., | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   vs. | ) | 1:09-cv-832-TAB-TWP |
| | ) | |
| WILLMEZ PLUMBING, INC, | ) | |
| ARBOR HOMES, LLC, | ) | |
|     Defendants. | ) | |

**FINAL JUDGMENT**

The Court has previously found in favor of Plaintiff West Bend Mutual Insurance Company and against Arbor Homes, LLC, on Plaintiff's motion for summary judgment and Arbor Homes' counterclaim. Accordingly, Plaintiff has no duty to indemnify or defend any of the entities involved. Final judgment is entered in favor of Plaintiff and against Defendants.

Dated: 04/26/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

1

Copies to:

Thomas F. Bedsole
FROST BROWN TODD LLC
tbedsole@fbtlaw.com

Brian Michael Falcon
FROST BROWN TODD LLC
bfalcon@fbtlaw.com

James H. Milstone
KOPKA, PINKUS DOLIN & EADS, LLC
jhmilstone@kopkalaw.com

Mark R. Smith
SMITH FISHER MAAS & HOWARD, P.C.
msmith@smithfisher.com

Freedom Danielle Villa
SMITH FISHER MAAS & HOWARD P.C.
fmiller@smithfisher.com